**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA**

    vs.                                                CASE NO. 3:97-CR-0143-001 (DRD)

**HAROLD VAZQUEZ-TORRES**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**MOTION REQUESTING MODIFICATION**
**OF THE SUPERVISED RELEASE CONDITIONS**

**TO THE HONORABLE DANIEL R. DOMINGUEZ**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO:**

      **COMES NOW, Benjamín Bonilla-López, U.S. Probation Officer** of this Honorable Court, presenting an official report upon the conduct and attitude of supervisee, Harold Vázquez-Torres, who was sentenced on May 18, 2000, to one hundred and six (106) months of imprisonment to be followed by a five (5) year term of supervised release, after he plead guilty of violating 18 U.S.C. §§ 2113 (a)&2, and 18 U.S.C. §§ 924 (c)(1) & 2. Among the special conditions, the offender was ordered to submit to urinalyses, financial disclosure, and pay a restitution of $96,055.00. Mr. Vázquez-Torres was released on April 14, 2005, at which time the supervision term began.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      During an interview conducted with the offender on April 18, 2005, this probation officer advised Mr. Vázquez-Torres that his conditions of supervision would be modified to include a search and seizure condition. The same was based on the nature of the instant offense. Therefore, after explaining to him his right to a hearing to modify his conditions of supervised release, he voluntarily waived such right and signed PROB Form 49 (enclosed).

**WHEREFORE**, in light of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Vázquez-Torres' conditions of supervised release to include that the defendant shall submit his person, residence, office, or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

In San Juan, Puerto Rico, this 5th day of July 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel.787-281-4982
Fax.787-766-5945
Benjamin_Bonilla@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY certify that on July 5, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filiing to the following: Jeanette Mercado-Rios, Assistant U.S. Attorney and to José Romo-Matienzo, Esq.

In San Juan, Puerto Rico, this 5th day of July 2005.

                                                  s/Benjamin Bonilla
                                                Benjamin Bonilla
                                                U.S. Probation Officer
                                                Federal Office Building, Office 400
                                                San Juan, PR 00918
                                                Tel.787-281-4982
                                                Fax.787-766-5945
                                                Benjamin_Bonilla@prp.uscourts.gov