IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA    *     CASE NO. 97-143(DRD)

     Plaintiff,                *

v.                                  *

HAROLD VAZQUEZ-TORRES,       *

     Defendant.            *

---

## ORDER

The U.S. Probation Officer, Benjamín Bonilla-López, has filed a motion, (Docket No. 158), requesting that defendant Harold Vázquez-Torres' conditions of supervised release be modified to include that the defendant shall submit his person, residence, office, or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant, Harold Váquez-Torres, has been explained of his right to a hearing to modify his conditions of supervised release, he voluntarily waived such right and signed PROB Form 49, Waiver of Hearing to Modify Conditions of Probation/ Supervised Release. The request for modification of supervision conditions is GRANTED. The defendant's conditions of supervised release are modified as stated herein. The defendant is forewarned that failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

At San Juan, Puerto Rico, this 14 day of July 2005.

**IT IS SO ORDERED.**

s/ Daniel R. Domínguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**