RECEIVED & FILED
2008 JAN -8 AM 12:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Case- 97CR00143-001

Honorable Señor Juez Dominguez

Por esta Presente le Pido y le Solicito una Consideración De Sentencia. En Cuanto a una de las Condiciones Restitución Responsabilidad que He estado asumiendo desde que empeze Mi Sentencia Hasta Que Termine adentro Como Confinado Tengo una restitucion de 96,055, de la Cual de la que Pago 2500 Mensuales aunque Para algunos no es un Pago alto aun asi Se Me Hace dificil

Señor Juez He Tenido una oportunidad Nuevamente en la Sociedad desde el 2005 Junto a mis Hijos y Mi esposa Bajo distintas Condiciones En estos Mi Situacion Economica Se a Visto Afectada Seriamente y me Preocupa No Poder Cumplir Puntualmente Comousted Me dicto Me Siento Reabilitado He Cumplido Con Mis Condiciones de Probatoria Estoy arrepentido Por mi delito. Aproveche mi tiempo de Confinado Aprovando todos los Cursos de Reabilitacion y Recintegracion a la Sociedad actualmente Tengo 2 y Hasta 3 tres trabajos y mi Situacion Economica al igual Que la del Pais Se me Afectado. Señor Juez le Pido Que Tome en Consideracion Mi Caso y Situacion y Mi familia.

Esperando Que me Conteste le agradesco Por Su Valioso Tiempo.

Harold Vazquez Torres