IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America <br> Plaintiff <br> <br> v <br> Harold Vazquez Torres <br> Defendant | * <br> *   CASE: 97-CR-143 <br> * <br> * <br> * <br> * <br> * |

INFORMATIVE MOTION

TO THE HONORABLE COURT:

NOW COMES the United States of America represented by the undersigned attorneys and respectfully sets forth and gives notice as follows:

The undersigned has received copy of Docket Entry #162 where the above Defendant informs, in essence, his present economic situation.

The undersigned understands that the Defendant is making a true effort to comply with the payments towards the satisfaction of the restitution imposed; however, pursuant to 18 U.S.C. 3613, the Defendant is liable for twenty years or until the debt is paid in full.

Accordingly, the payment of the debt is presently being monitored through periodic reviews conducted by the Financial Litigation Unit of the U.S. Attorney's Office for this district, and will continue to be monitored until it is fully satisfied.

At this time, there is no need for drastic collection enforcement measures as the Defendant is making payments towards the satisfaction of the debt in accordance with his present economic situation.

WHEREFORE the United States of America respectfully request this Honorable Court to take notice of the above.

CERTIFICATE: I hereby certify that on this date I filed the instant document via

CM/ECF; and further, a copy has been sent to the Defendant, also on this same date, by regular mail at: 360 13thStreet, Parcela Nuevas de Campo Rico, Canovanas, PR 00729.

At San Juan, Puerto Rico this 15th day of January, 2008.

ROSA EMILIA RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

S/    REBECCA VARGAS-VERA 203307
ASSISTANT U.S. ATTORNEY
Torre Chardon, Suite 1201
350 Chardon St.
Hato Rey, PR 00919
Tel (787) 766-5656
Fax (787) 771-4049